**Chris R. KRYCH, Appellant,**

Howard Lansing Hines; Robert Monge; Emil Johnson; Wardell Hicks, and on behalf of all others similarly situated, Plaintiffs,

v.

Wendell ANDERSON, individually and as Governor of the State of Minnesota; Kenneth Schoen, individually and as Corrections Commissioner for the State of Minnesota; Bruce McManus, individually and as Warden of the Minnesota State Prison; James Cicero, individually and as Medical Director of the Minnesota State Prison; Warren Lawson, individually and as Secretary and Executive Officer of the Minnesota State Board of Health, Appellees.

No. 04–1520.

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 5, 2004.

Decided Nov. 16, 2004.

Chris R. Krych, Stillwater, MN, pro se.

Jennifer A. Service, Attorney General's Office, St. Paul, MN, for Defendants–Appellees.

Before BYE, MELLOY, and COLLOTON, Circuit Judges.

PER CURIAM.

Minnesota inmate Chris Krych, who is currently housed in the Administrative Control Unit of the Minnesota Correctional Facility–Oak Park Heights, appeals the district court's[1] denial of his motion for

---

1. The Honorable Michael J. Davis, United States District Judge for the District of Minne-

sota, adopting the report and recommendations of the Honorable Arthur J. Boylan, Unit-

contempt, which he brought pursuant to a consent decree entered in *Hines v. Anderson,* 439 F.Supp. 12 (D.Minn.1977).

Having carefully reviewed the record, we cannot say the district court abused its discretion in finding that the defendants substantially complied with the *Hines* decree, and thus in denying Krych's contempt motion. *See Wycoff v. Hedgepeth,* 34 F.3d 614, 616 (8th Cir.1994) (standard of review; substantial, good-faith compliance is defense).

Accordingly, we affirm. *See* 8th Cir. R. 47A(a). We also deny Krych's motion for release.

---

ed States Magistrate Judge for the District of Minnesota.